**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **CASE NO. 4:26-CR-19** |
| **PRESHARD DEAN,** | : | |
| **Defendant.** | : | |

**SUMMARY OF TESTIMONY OF EXPERT WITNESS**
**BRANDON HAYNES, FIREARMS ENFORCEMENT OFFICER,**
**BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES**

COMES NOW the United States of America, by and through its attorney, the United States Attorney for the Middle District of Georgia, and pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G) and Federal Rules of Evidence 702, 703, and 705 files this Summary of Testimony of Expert Witness. The United States respectfully reserves the right to offer additional testimony by this expert, or other expert witnesses, and for the experts to amend or adjust their opinions and basis for those opinions due to information made known to the experts before or during trial.

1. **Brandon Haynes – ATF**

The United States intends to offer expert testimony from Brandon Haynes, a Firearms Enforcement Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"). Officer Haynes's Curriculum Vitae ("CV"), which includes his qualifications, is attached hereto as "**Exhibit 1**."

**Officer Haynes's Publications and Prior Testimony**

The provided CV lists the publications, if any, authored by this expert in the last ten years, and lists all prior testimony, whether by trial or deposition, of the expert within the last four years.

**Opinions to be Elicited from Officer Haynes**

Agent Haynes will testify that he examined the following firearm and device in this case:

- One Glock, model 23, .40 Smith & Wesson (S&W) caliber firearm, bearing serial number BWBT987 (hereinafter the "Glock 23"); and
- Replacement slide cover plate (recovered from the Glock 23)

to determine classification as a machine gun and whether the firearm had moved in interstate and/or foreign commerce. Officer Haynes will testify, based on his training and expertise, that the Glock 23 is a firearm; that the replacement slide cover plate with which the Glock 23 was equipped is a machinegun and the Glock 23 containing this replacement slide cover plate is a machinegun; and that the Glock 23 had moved in interstate and foreign commerce based on his training and expertise and by the fact of determining that the Glock 23 manufactured outside the State of Georgia and was later seized in the State of Georgia on or about December 25, 2024. Agent Haynes will further testify to the standard procedures for receiving, storing, and analyzing the items of this case. A copy of his expert findings is attached as "**Government Exhibit 2"** and will also be provided in discovery.

**Basis and Reasons for Officer Haynes's Opinions**

Officer Haynes's opinions are based on his examination of the firearms and his training, education, and experience as outlined in the CV. The basis and reasons for his opinions are outlined in his report.

Pursuant to Rule 16(a)(1)(G)(v), Officer Haynes has reviewed this summary and filing, and has approved this filing, as confirmed by his signature below.

BRANDON HAYNES

Digitally signed by BRANDON HAYNES
Date: 2026.09.16 11:39:39 -04'00'

Brandon Haynes
ATF
Firearms Enforcement Officer

Respectfully submitted this 17th day of September, 2026.

WILLIAM R. KEYES
UNITED STATES ATTORNEY

By: */s/ Richard M. Rettig, II*

Richard M. Rettig, II
ASSISTANT UNITED STATES ATTORNEY
Delaware Bar No. 7102
P. O. Box 2568
Columbus, GA 31902
Telephone: 706-649-7733
Facsimile: 706-649-7767
richard.rettig@usdoj.gov

## CERTIFICATE OF SERVICE

I, Richard M. Rettig, II, Assistant United States Attorney, hereby certify that on this date, I filed the within and foregoing ***Summary of Testimony of Expert Witness*** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

Respectfully submitted this 17th day of September, 2026.

WILLIAM R. KEYES
UNITED STATES ATTORNEY

By: */s/ Richard M. Rettig, II*

Richard M. Rettig, II
ASSISTANT UNITED STATES ATTORNEY
Delaware Bar No. 7102
P. O. Box 2568
Columbus, GA 31902
Telephone: 706-649-7733
Facsimile: 706-649-7767
richard.rettig@usdoj.gov